UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH WREN and ALICE WREN, | CASE NO. C23-5086 BHS |
| Plaintiffs, | ORDER |
| v. | |
| HERBERT L. WHITEHEAD, III and JENNIFER L. WHITEHEAD, | |
| Defendants. | |

THIS MATTER is before the Court on its own motion following its review of Plaintiff Wren's "status report," Dkt. 6, on Defendant Whitehead's motion to withdraw the reference, Dkt. 1, and Whitehead's attorney's responsive letter, Dkt. 7. The parties agree that developments in the bankruptcy court and the adversary proceeding support a delay of this matter for at least 60 days. Whitehead's bankruptcy case was recently converted from a Chapter 11 bankruptcy proceeding to a Chapter 7 bankruptcy proceeding, and the Trustee, Katherine Ellis, needs additional time to evaluate the matter.

The Motion to Withdraw the reference is RE-NOTED to September 1, 2023.

ORDER - 1

1     The Court's prior order on this subject directed the parties to submit a Joint Status Report. Dkt. 4. The parties shall file a *Joint* Status Report—not a unilateral report, and not a responsive letter to the Court— addressing the recent (and any future) developments in the bankruptcy court, the adversary proceeding, and the Washington state courts, no later than August 1, 2023.

    IT IS SO ORDERED.

    Dated this 9th day of June, 2023.

                           BENJAMIN H. SETTLE
                           United States District Judge