UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH WREN et al., <br>                 Plaintiffs, <br>    v. <br><br> HERBERT L. WHITEHEAD, III et al., <br>                 Defendants. | CASE NO. C23-5086-KKE <br><br> ORDER |

      The parties, having notified the Court of the U.S. Bankruptcy Court for the Western District of Washington's dismissal of the underlying case, request the Court strike or dismiss the pending motion to withdraw the reference. Dkt. No. 21.

      Accordingly, the Court STRIKES the motion to withdraw the reference. Dkt. No. 1.

      The Clerk is instructed to close the case.

      Dated this 18th day of July, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 1